UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS WILKINSON, | ) CASE NO. 5:17-cv-00710 |
| | ) |
| Plaintiff, | ) |
| | ) JUDGE SARA LIOI |
| v. | ) |
| | ) |
| LINDSAY PRECAST, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This cause came before the Court up on the parties' Joint Motion for Entry of Order Approving the Parties' Settlement Agreement and to Dismiss the Case with Prejudice.  Upon the Court's consideration of the parties' motion, settlement agreement, and the file in this cause, the Court hereby orders that the parties' Joint Motion is GRANTED, the parties' settlement agreement is APPROVED, and that this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

_____
Judge Sara Lioi

October 3, 2017
_____
Date